```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Stephen Rumph

    v.                                                        Civil No. 16-cv-78-PB

William Rumph, Sr., et al

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 24, 2017.  The motion to intervene (Doc. No. 67) is denied. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a

specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Court

Date: March 15, 2017

cc: Stephen Rumph, pro se
Ralph Suozzo, Esq.
David A. Horan, Esq.
Linda M. Smith, Esq.
William N. Smart, Esq.